ACCEPTED
12-14-00309-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/6/2015 2:22:49 PM
CATHY LUSK
CLERK

CAUSE NO. 12-14-00309-CR

| | | |
|---|---|---|
| JOLLY DEE NEELY | § | IN THE |
| VS. | § | TWELFTH COURT |
| THE STATE OF TEXAS | § | OF APPEALS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/6/2015 2:22:49 PM
CATHY S. LUSK
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S PRO SE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 7th Judicial District Court of Smith County, Texas.

2. The case below was styled State of Texas v. Jolly Dee Neely and numbered 007-0479-14.

3. Appellant was convicted of Assault with a Deadly Weapon.

4. Appellant was assessed a sentence of sixty (6) years confinement in the Texas Department of Criminal Justice-Institutional Division.

5. Notice of Appeal was given on October 27, 2014.

6. The Clerk's Record was filed on December 9, 2014 and supplemented on December 9, 2014; the Reporter's Record was filed on December 4, 2014.

7. The Appellant's Brief was filed on April 10, 2015. Appellant's Pro Se Brief was due on July 1, 2015. Appellant requests the Court an extension of thirty (30) days.

8. Appellant requests an extension of time due to the following facts and circumstances. Appellant is representing himself in this matter. The trial court bench warranted the Appellant from the Byrd Unit to review the Clerk's Record and Reporter's Record. Due to the length of the records made available by the trial court, Appellant needs additional time to prepare his pro se brief. The trial

court has released the bench warrant and the Appellant could be released back to the Byrd Unit at anytime. The Appellant's personal documents, research and and paperwork are currently the Byrd Unit and unavailable to him while in Smith County Jail. Appellant needs time once returned to his unit to continue his efforts in the preparation of his pro se brief. Appellant is requesting that the Court grant him an additional thirty (30) days to prepare his brief.

9. Appellant requests an extension of time due to the above referenced facts and circumstances.

10. Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief for a period of thirty (30) days, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830

By: /S/ James W. Huggler, Jr.
James W. Huggler, Jr.
State Bar No. 00795437
Attorney for APPELLANT

CERTIFICATE OF SERVICE

This is to certify that on July 6, 2015, a true and correct copy of the above and foregoing document was served on Michael West, Smith County District Attorney's Office, 100 North Broadway, Tyler, Texas 75702, by regular mail, fax, hand delivery, or electronic filing.

/S/ James W. Huggler, Jr.
James W. Huggler, Jr.